**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **PETITIONER** | § | |
| | § | **Case No. 5:23-CV-705-JKP** |
| **v.** | § | |
| | § | **Hon. Jason K. Pulliam** |
| **117.02400 BITCOIN SEIZE FROM ANY.CASH VIRTUAL WALLET,** | § | |
| | § | |
| | § | |
| **RESPONDENT.** | § | |

## VERIFIED CLAIM AND STATEMENT OF INTEREST

By and through undersigned counsel, Claimant AnyCach OÜ ("Any.Cash") files this Verified Claim and statement of interest in the 117.02400 Bitcoin seized in this matter ("Respondent Property"), pursuant to the Federal Rules of Civil Procedure and Rule G(5) of the Supplemental Rules of Admiralty and Maritime Claims and Assets Forfeiture Actions ("Supplemental Rules"), and in support of which Any.Cash asserts:

1. Any.Cash was a virtual currency exchange that provided services enabling customers to deposit, store, and transfer digital assets, including Bitcoin. Customers deposited Bitcoin into accounts maintained on the Any.Cash platform, and Any.Cash held these customer deposits in virtual wallets. Any.Cash came into possession of bitcoin, including the Respondent Property, when customers deposited funds on the Any.Cash platform.

2. Any.Cash maintained possession and control of customer funds, including the Respondent Property. The customer-depositors held beneficial ownership of and rights to the funds while the funds were in Any.Cash's possession and control. This custodial relationship conferred upon Any.Cash a possessory interest in the Respondent Property.

3. Upon the seizure of the Respondent Property, Any.Cash reimbursed its customers for their seized Bitcoin holdings. By reimbursing its customers, Any.Cash acquired a direct economic interest in the Respondent Property equal to the amounts it paid to its customers. Any.Cash thus suffered the full economic injury from the seizure of the Respondent Property.

4. To Any.Cash's knowledge, no party has filed a claim in this action asserting an interest in the Respondent Property. No customer whose funds originally comprised a portion of the Respondent Property has come forward to contest the forfeiture. Any.Cash is the only party with a direct economic interest in and ability to seek redress for the seizure of the funds.

5. Accordingly, Any.Cash asserts its interest in the Respondent Property and files this claim to preserve its rights. Any.Cash further asserts that it has standing to contest the forfeiture of the Respondent Property and demands the right to defend this action. Absent Any.Cash's ability to contest, no party would be accountable for the unlawful seizure of these funds, and Any.Cash, having already reimbursed its customers, would be left without any meaningful remedy.

6. Pursuant to Rule E(8) of the Supplemental Rules, made applicable to forfeiture actions by Rule G(1) of the Supplemental Rules, Any.Cash expressly limits its appearance to asserting and defending its claim. In filing this claim, Any.Cash does not waive any jurisdictional defenses that it may possess or the propriety of venue with regard to the defendant assets identified above.

Dated: December 22, 2025

Respectfully submitted,

*/s/ Jeffrey B. Plies*

Jeffrey B. Plies
TX Bar No. 24027621
Dechert LLP
106 E. 6th Street #900-119

Austin, TX 78701
Telephone: +1 512-394-3000
jeffrey.plies@dechert.com

Roger A. Burlingame, *pro hac vice forthcoming*
Matthew L. Mazur, *pro hac vice forthcoming*
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: +1 212 698 3899
roger.burlingame@dechert.com
matthew.mazur@dechert.com

Wilfred T. Beaye, Jr., *pro hac vice forthcoming*
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
wilfred.beaye@dechert.com

*Counsel for AnyCach OÜ*

**VERIFICATION**

I am Mykola Zakapko, Director and Owner of AnyCach OÜ ("AnyCash"), which maintains and controls the Any.Cash virtual wallet. I am authorized to make this declaration on behalf of AnyCash.

I have read the foregoing Verified Claim and Statement of Interest of Claimant Any.Cash and know the contents thereof.

I am informed and believe that the matters stated are true.

Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of December, 2025.

Mykola Zakapko

Mykola Zakapko
Director and Owner
AnyCach OÜ

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed and served on all counsel of record using the Court's CM/ECF system on December 22, 2025 and via electronic email, including counsel designated as the government attorney to be served under Supplemental Rule G(4)(b)(ii)(D).

*/s/ Jeffrey B. Plies*
Jeffrey B. Plies

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
BCNKF-V6Z8E-RMPEQ-YZRSN

DOCUMENT COMPLETED BY ALL PARTIES ON
22 DEC 2025 19:02:30 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **MYKOLA ZAKAPKO**<br>EMAIL<br>ADYATI@PROTON.ME | SENT<br>22 DEC 2025 19:02:30<br>SIGNED<br>22 DEC 2025 19:02:30 | Mykola Zakapko<br>IP ADDRESS<br>212.90.62.170<br>LOCATION<br>KYIV, UKRAINE |

Signed with PandaDoc