**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. SA-23-CV-705-JKP** |
| | § | |
| **117.02400 BITCOIN SEIZED FROM THE ANY.CASH VIRTUAL WALLET,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF DISMISSAL UNDER RULE 41**

On May 31, 2023, the Petitioner filed it *EX-PARTE* Motion to File Under Seal and Stay Case, "Verified Complaint for Forfeiture with Attachments" Verified Complaint for Forfeiture" (Doc. 1) and Verified Complaint for Forfeiture (Doc. 2) in the instant case. On June 5, 2023, the Court entered an Order to Seal and Stay Case (Doc. 3) pending the conclusion of the criminal proceedings. On September 16, 2025, the Court entered an Order lifting the stay pursuant to a motion filed by the Plaintiff requesting the lift. On October 1, 2025, the Court entered an Order unsealing the instant case.

On November 17, 2025, the Plaintiff sent notice of its intent to seek forfeiture of the Respondent Property to the following entity and individuals; Any.Cash, Andrii Bruiaka, Yurii/Iurii Bruiaka, and Yevhen Zhuzhelskyi.

On December 22, 2025, Claimant AnyCash OÜ filed a Claim (Doc. 19) asserting an interest in the Respondent Property. On February 10, 2026, the Claimant filed an *Unopposed* Motion for Extension of Time to Answer. (Doc. 25). On February 11, 2026, the Court entered a Text Order granting the Claimant's extension request thereby setting an Answer to be filed no later than February 25, 2026. To date, an Answer has not yet been filed by the Claimant.

Upon further investigation of the facts involved in the instant case, the Plaintiff no longer wishes to pursue forfeiture of the Respondent Property in the instant case.

Therefore, Petitioner United States of America respectfully files this Notice of Dismissal, dismissing the cause of action against the Respondent Property without prejudice. *See* Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: /s/

MARK TINDALL
Assistant United States Attorney
Texas Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: mark.tindall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

**Matthew L. Mazur**
Email: matthew.mazur@dechert.com

**Wilfred T. Beaye, Jr.**
Email: wilfred.beaye@dechert.com

**Roger A. Burlingame**
Email: roger.burlingame@dechert.com

**Jeffrey B. Plies**
Email: jeffrey.plies@dechert.com

*Attorneys for Claimant Any.Cash OÜ*

/s/
Mark Tindall
Assistant United States Attorney